## NOTICE TO U.S. TRUSTEE OF CHANGE OF
## NO-ASSET CHAPTER 7 CASE TO
## ASSET CHAPTER 7 CASE

The following No-Asset Chapter 7 case should be designated as an Asset Chapter 7 Case:

    Case Name:                        In re: Jovan Skeparoski
    Case No.:                          17-33512 (VFP)
    Amount of Funds on Hand:      $0.00

If there are no funds on hand, but assets that will produce funds for this estate, indicate actual or estimate value of assets:

    Actual Value: Undetermined

    Estimated Value: Undetermined

                                        */s/ Eric R. Perkins*
                                        ERIC R. PERKINS

Dated: January 23, 2019